ACCEPTED
03-15-00085-CV
4388670
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 3:38:32 PM
JEFFREY D. KYLE
CLERK



**Lisa Bowlin Hobbs** | lisa@kuhnhobbs.com
3307 Northland Drive, Suite 310 · Austin, Texas 78731
Tel 512.476.6000 · www.kuhnhobbs.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 3:38:32 PM
JEFFREY D. KYLE
Clerk

March 5, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals                                    *via e-filing*
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas  78701

> Re:    No. 03-15-00085-CV
>        *Michael J. DeLitta; and DeLCom Properties, LLC v. Nancy Schaefer*

Dear Mr. Kyle:

Appellee, Nancy Schaefer, filed her Request for Supplemental Clerk's Record and Request for Supplemental Reporter's Record with the trial court today.  Courtesy copies of both requests are attached to this letter.

Kindest Regards,

KUHN HOBBS PLLC

By: _____
     Lisa Bowlin Hobbs

Attachments
cc:    Douglas Drucker, Attorney for Appellants – *via e-Service*



Lisa Bowlin Hobbs | lisa@kuhnhobbs.com
3307 Northland Drive, Suite 310 | Austin, Texas 78731
Tel 512.476.6003 | Fax 512.463.6002

March 4, 2015

Alicia Racanelli
Official Court Reporter
201st District Court
1000 Guadalupe, Third Floor
Austin, Texas 78701

  Re: *Nancy Schaefer v. Michael J. DeLitta, et al.*
    No. D-1-GN-13-003516; 201st Judicial District Court, Travis County, Texas
    No. 03-15-00085-CV; Third Court of Appeals, Austin, Texas

Dear Ms. Racanelli:

  Pursuant to Texas Rule of Appellate Procedure 34.6, Nancy Schaefer respectfully requests that the court reporter prepare and file a Supplemental Reporter's Record in this case.

  Appellants Michael J. DeLitta and DeLCom Properties, LLC, appealed the denial of the Motion to Dissolve and Declare Temporary Injunction Void, signed on January 16, 2015. In their notice of interlocutory appeal, Appellants requested a reporter's record be prepared. The Motion to Dissolve and Declare Temporary Injunction Void was heard jointly with the Motion to Transfer Venue, Motion to Dissolve, Motion to Declare Temporary Injunction Void, Motions to Disqualify, Motion to Quash and 308 Motion before the Honorable Judge Amy Clark Meachum, in the 201st District Court of Travis County, Texas, on December 14, 2014. A Reporter's Record containing the transcript of this hearing was filed with the Third Court of Appeals, as requested.

  Appellants did not, however, request that the reporter's record include the exhibits admitted during the hearing. Schaefer requests the following exhibits be included in the Reporter's Record, all of which were cited in her responses to the Motion to Dissolve and Declare Temporary Injunction Void, and admitted at the December 14, 2014, hearing.

  1.  **Exhibit 5;**
  2.  **Exhibit 6;**
  3.  **Exhibit 7;**
  4.  **Exhibit 8;**
  5.  **Exhibit 10;**

6.     **Exhibit 34;**
7.     **Exhibit 35;**
8.     **Exhibit 42;**
9.     **Exhibit 43;**
10.     **Exhibit 44;**
11.     **Exhibit 45; and**
12.     **Exhibit 46.**

Please advise us when the supplemental record is complete.  We would like a copy of the supplemental record and are prepared to pay the costs associated with preparing it.

Thank you for your assistance with this matter. If you have any questions, or need additional information, please do not hesitate to call me.

Sincerely,

**KUHN HOBBS PLLC**

By: _____
    Lisa Bowlin Hobbs

cc:     Hon. Vela Price – for inclusion in the record – *via e-filing*
        Douglas R. Drucker, Attorney for Appellants – *via e-filing*
        Eric Taube, Attorney for Provision Member Jeff Compton – *via e-filing*
        Hon. Jeffrey D. Kyle, Clerk, Third Court of Appeals – *via e-filing*

| NANCY SCHAEFER, | § | IN THE DISTRICT COURT |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | 201st JUDICIAL DISTRICT |
| MICHAEL J. DELITTA, AXIOM | § | |
| MEDICAL CONSULTING, LLC, | § | |
| AXIOM PROFESSIONALS, LLC, | § | |
| AXIOM PROPERTIES, LLC, | § | |
| DELCOME PROPERTIES, LLC | § | |
| *Defendants.* | § | TRAVIS COUNTY, TEXAS |

## <u>NANCY SCHAEFER'S REQUEST FOR</u><br><u>SUPPLEMENTAL CLERK'S RECORD</u>

TO THE HONORABLE CLERK OF TRAVIS COUNTY:

Pursuant to Texas Rule of Appellate Procedure 34.5(c), Nancy Schaefer requests the clerk of this Court prepare a supplemental record containing a true copy of the proceedings in the trial court for transmission to the Third Court of Appeals in Austin, Texas. Nancy Schaefer requests the papers listed below, ***including exhibits,*** be included in the record:

| | DESCRIPTION | DATE FILED |
|---|---|---|
| 1. | Temporary Restraining Order | 10/09/13 |
| 2. | Joint Motion for Appointment of Provisional Voting Member | 11/12/13 |
| 3. | Order on Joint Motion for Appointment of Provisional Voting Member | 12/10/13 |
| 4 | Defendants' Motion to Enforce, Modify and/or Dissolve Certain Provision of the Temporary Injunction | 03/13/14 |
| 5. | Plaintiff's Second Verified Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction | 03/18/14 |
| 6. | Motion to Enforce the Agreed Temporary Injunction, Motion to Clarify Agreed Temporary Injunction, and Plaintiff's Response to Defendants' Motion to Enforce, Modify and/or Dissolve Certain Provisions of the Temporary Injunction | 03/21/14 |
| 7. | Order | 04/18/14 |
| 8. | Order | 04/21/14 |
| 9. | Plaintiff's Second Motion to Enforce the Agreed Injunction, Motion for Contempt and Motion to Appoint Receiver | 05/16/14 |
| 10. | Defendants' Emergency Motions | 06/13/14 |
| 11. | Order on Second Motion to Enforce the Agreed Injunction and Motion | 06/19/14 |

for Contempt
12. Order Appointing Receiver                                                                06/19/14
13. Plaintiff's Second Amended Petition and Jury Demand                       10/28/14
14. Agreed Amended Scheduling Order                                                  11/06/14
15. Verification of Nancy Schaefer verifying Plaintiff's Second Amended
    Petition and Jury Demand and Plaintiff's First Amended Response to          12/15/14
    Defendants' Motion to Dissolve and Declare Temporary Injunction
    Void

Please advise us when the supplemental record is complete. We would like a copy of the

supplemental record and are prepared to pay the costs associated with preparing it.

Please also call if you have any questions or concerns.

Dated: March 5, 2015                                    Respectfully submitted,


                                                        By:_____/s/ Lisa Bowlin Hobbs_____

Donald R. Taylor                                           Lisa Bowlin Hobbs
  State Bar No. 19688800                                     State Bar No. 24026905
  dtaylor@taylordunham.com                                  Lisa@KuhnHobbs.com
Of Counsel Stacey Reese                                    Kurt Kuhn
  State Bar No. 24056188                                     State Bar No. 24002433
  stacey@reeselawpractice.com                               Kurt@KuhnHobbs.com
TAYLOR DUNHAM & RODRIGUEZ LLP                               KUHN HOBBS PLLC
301 Congress Avenue, Suite 1050                            3307 Northland Drive, Suite 310
Austin, Texas 78701                                        Austin, Texas 78731
(512) 473-2257                                             (512) 476-6003
(512) 478-4409 (fax)                                       (512) 476-6002 (fax)

                                                           Howard F. Carter, Jr.,
                                                             State Bar No. 03916500
                                                             sam@scarterlawfirm.com
                                                           HOWARD F. CARTER, JR., P.C.
                                                           5600 Tennyson Parkway, Suite 160
                                                           Plano, Texas 75024
                                                           (972) 455-2001
                                                           (972) 455-2015 (fax)


                        *Counsel for Plaintiff, Nancy Schaefer*

## Certificate of Service

I hereby certify that, on March 5, 2015, and in compliance with the Texas Rules of Civil Procedure, a true and correct copy of this request has been served as follows:

Douglas R. Drucker                                              *via e-Service*
Kirby D. Hopkins
Drucker | Hopkins LLP
21 Watery Avenue, Suite 300
The Woodlands, TX  77380
**Counsel for Defendants**

Eric J. Taube                                                  *via e-Service*
Hohmann, Taube & Summers LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
**Counsel for Provisional Member Jeff Compton**

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs